RACHEL E. KAUFMAN
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ENERGY ENTERPRISES USA INC. D/B/A CANOPY ENERGY,** a California corporation,<br><br>*Defendant*. | CASE NO. 2:20-cv-02607-FMO-SK<br><br>STIPULATION OF DISMISSAL |

PLEASE TAKE NOTICE that Plaintiff Mark Aussieker and Defendant Energy Enterprises USA Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: February 10, 2021 | By: */s/ Rachel E. Kaufman* <br> Rachel E. Kaufman (Cal Bar no. 259353) <br> rachel@kaufmanpa.com <br> KAUFMAN P.A. <br> 400 NW 26th Street <br> Miami, FL 33127 <br> Telephone: (305) 469-5881 <br><br> *Attorney for Plaintiff and the putative Class* |
| Dated: February 10, 2021 | By: */s/Baber Khan* <br> Baber Khan <br><br> *Attorney for Defendant* <br> *Energy Enterprises USA, Inc., DBA Canopy Energy* |

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Rachel E. Kaufman*
      Rachel E. Kaufman

-2-