**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br><br>**ENERGY ENTERPRISES USA INC. D/B/A CANOPY ENERGY,**<br><br>*Defendant*. | Case No. 2:20-cv-02607-FMO-SK<br><br>**ORDER ON STIPULATION [40] RE: DISMISSAL**<br><br>Judge Fernando M. Olguin |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

**Dated:  February 11, 2021**            _____/s/_____
                                                                  HON. FERNANDO M. OLGUIN
                                                                  UNITED STATES DISTRICT JUDGE

1

Proposed Order

Case No. 2:20-cv-02607-FMO-SK